

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Cora Lea Byford v. Lila Thompson

Appellate case number:   01-20-00180-CV

Trial court case number: 20CCV0001

Trial court:             County Court of Chambers County

Appellant's brief was due on May 11, 2020. The Court granted five extensions of time to file appellant's brief until August 14, 2022. On August 23, 2022, the Court received a letter from a physician with Community Care Health Center, stating that appellant, Cora Byford, was his patient and that she had developed a Covid 19 infection in June 2022, leaving her with continuing side effects and health challenges. No further response or motion has been filed.

Accordingly, the Court will dismiss this appeal for want of prosecution unless appellant files a brief within 30 days of the date of this order. No further extensions will be granted.

It is so ORDERED.

Judge's signature: ___/s/ Peter Kelly_____
                ☑ Acting individually    □ Acting for the Court


Date: __December 15, 2022_____